UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Criminal Case No. |
| v. ) | 17-CR-00021-JMH |
| ) | |
| DERRICO WALLACE, ) | |
| ) | **MEMORANDUM OPINION AND ORDER** |
| Defendant. ) | |

\*\*\*

Defendant, pro se, has filed a Motion Requesting a Judicial Recommendation Concerning Length of RRC/Halfway House Placement [DE 32]. While determinations regarding placement pursuant to the Second Chance Act are solely within the discretion of the United States Bureau of Prisons, 42 U.S.C. § 17541(a); 18 U.S.C. § 2624(c)(6)(C), the BOP takes into account a court's recommendation regarding the place of incarceration. *See* 18 U.S.C. § 3621(b)(4)(B). Considering Defendant's term in prison, a period of at least four months in an RRC as he requests may well be beneficial in aiding his reintegration into society.

Accordingly, having considered the motion and the Court being adequately advised **IT IS ORDERED**:

(1) that the Motion [DE 32] is **GRANTED** and

1

(2)     that the Court **RECOMMENDS** that Defendant Wallace be placed in an RRC by the BOP for a period of at least four months before his release.

This the 22nd day of September, 2017.

Signed By:
*Joseph M. Hood*
Senior U.S. District Judge